ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Qwest Government Services, Inc. | ) | ASBCA No. 62058 |
|   d/b/a CenturyLink QGS | ) | |
| | ) | |
| Under Contract Nos. GS00T07NSD0040 | ) | |
|      T.O. NXEQ000022 *et al.* | ) | |

APPEARANCE FOR THE APPELLANT:       Mark H. Hill, Esq.
                                           Associate General Counsel

APPEARANCES FOR THE GOVERNMENT:    William E. Brazis, Jr., Esq.
                                          DISA General Counsel
                                      Vera A. Strebel, Esq.
                                      Colleen M. Eagan, Esq.
                                        Trial Attorneys
                                      Defense Information Systems Agency
                                      Scott Air Force Base, IL

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 3, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

     I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62058, Appeal of Qwest Government Services, Inc. d/b/a CenturyLink QGS, rendered in conformance with the Board's Charter.

Dated:  May 3, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals